FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 26 2008

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

# IN THE UNITED STTES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| C. RICHARD LINDLER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL SWEET, KAREN SWEET<br>and<br>FINANCIAL PARTNERS, INC.,<br><br>    Defendants. | Civil Action:<br>No. 1:07-cv-02988-WSD |

## CONSENT ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, C. Richard Lindler ("Plaintiff") and Michael Sweet, Karen Sweet and Financial Partners, Inc. (collectively "Defendants") (collectively the "Parties"), by and through their undersigned counsel, and pursuant to Fed R. Civ. P. 41, file this dismissal with prejudice in the above-styled action.

IT IS HEREBY ORDERED that the Parties Consent Order on Voluntary Stipulation of Dismissal with Prejudice is granted.

This the 26th day of March, 2008.

_____
Judge, United States District Court